NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KELLY J. BREAUX, KENNETH W. ERICKSON,**
*Appellants*

**v.**

**KIDTRIBE, INC.,**
*Appellee*

---

2015-1115

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91201062.

---

## JUDGMENT

---

HEATHER DALE BENNETT, Law Office of Heather Bennett, Marina Del Rey, CA, argued for appellants.

STEVEN M. WEINBERG, Holmes Weinberg PC, Malibu, CA, for appellee. Also represented by MICHAEL J. SALVATORE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 November 6, 2015          /s/ Daniel E. O'Toole
       Date               Daniel E. O'Toole
                        Clerk of Court